KEYSTONE LEATHER COMPANY, Respondent, v. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR (CYP. FABRE), Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground of the error committed by the trial court in charging the jury that under the Harter Act* the carrier was responsible for the permanency of the identification marks throughout transport and until the goods arrived at destination.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

OPHELIA HARE, as Administratrix, etc., of BAYNARD HARE, Deceased, Respondent, v. CLYDE STEAMSHIP COMPANY, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN SOLOMON, Appellant.— Judgment affirmed.    No opinion.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE CITY OF NEW YORK v. NEW YORK AND SOUTH BROOKLYN FERRY AND STEAM TRANSPORTATION COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

103 PARK AVENUE COMPANY v. EXCHANGE BUFFET CORPORATION, Impleaded with THE CITY OF NEW YORK and Others.— Motion denied.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

103 PARK AVENUE COMPANY v. EXCHANGE BUFFET CORPORATION, Impleaded with THE CITY OF NEW YORK and Others.— Motion denied.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

FREDERICK K. RUPPRECHT v. JAMES R. MACCOLL, Impleaded, etc.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

FRANK JOSEPH FARRELL, Respondent, v. LOUIS JOSEPH GENESSE, Defendant, Impleaded with FRANCIS C. DALE, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before November 10, 1925.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ELIZABETH COMBE, as Administratrix, etc., of DENISE RAMBAUD, Deceased, Appellant, v. HARRY J. ROONEY, Respondent.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, Finch, and Burr, JJ.

GEORGE V. COOPER, Respondent, v. JOHN T. DOOLING, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE GOTHAM NATIONAL BANK OF NEW YORK, Appellant, v. MOE COHN, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.; Dowling, J., dissents.

GRACE H. GUINZBURG and Another, Appellants, v. GUSTAVE BLUMENTHAL and Another, as Executors and Trustees, etc., of ALFRED BLUMENTHAL, Deceased, Respondents.— Judgment affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

---

* See 27 U. S. Stat. at Large, 445, chap. 105, which is also known as the Foreign Bills of Lading Act of 1893.— [REP.